**United States District Court**
**Violation Notice**

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MIO | F5657317 | B. Vilar | 2601 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 16:16  01/10/2026 | 36 CFR 261.13 |

Place of Offense
Cottonwood Lakes RD. Lolo NF

Offense Description: Factual Basis for Charge     HAZMAT ☐
Driving on a road closed to wheeled vehicles. Groomed Snow mobile trails

**DEFENDANT INFORMATION**

Last Name: Nixon     First Name: Justinian     M.I. L

Street Address: ███████████████

| Tag No. | State | Year | Make/Model | Pass. Veh./Hice |
|---|---|---|---|---|
| 23-8005B | MT | | Chevy 2500 Silver | |

APPEARANCE IS REQUIRED
A. ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B. ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250    Forfeiture Amount
$ 30    Processing Fee
PAY THIS AMOUNT AT → $ (280) Total Collateral Due

www.cvb.uscourts.gov

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*F565/317*

CVB SCAN 01/21/2026 14:13

---

I state that on 01/10, 20 26 while exercising my duties as a law enforcement officer in the Federal District of Montana

See Attached

The foregoing statement is based upon:
☒ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/10/2026
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/21/2026 14:13